ORIGINAL

1  KAREN P. HEWITT
   United States Attorney
2  ANDREW G. SCHOPLER
   Assistant U.S. Attorney
3  California State Bar No. 236585
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-5836 / (619) 235-2757 (Fax)
   Email: Andrew.Schopler@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

FILED

2008 JAN 17  AM 10: 53

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ FN IX _____ DEPUTY

8
9                     UNITED STATES DISTRICT COURT

                     SOUTHERN DISTRICT OF CALIFORNIA
10

11  IN THE MATTER OF THE SEARCH OF:  )       Magistrate No. 08MJ0128
                                     )
12  Premises Known As:               )       **MOTION TO UNSEAL SEARCH**
    745 42nd Street                  )       **WARRANT AND APPLICATION AND**
    San Diego, California 92102      )       **AFFIDAVIT FOR SEARCH WARRANT**
13                                   )       **AND ORDER THEREON**
    ─────────────────────────────── )
14

15        COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel,

16  KAREN P. HEWITT, United States Attorney, and ANDREW G. SCHOPLER, Assistant U.S. Attorney,

17  and moves this Court for an order unsealing the search warrant and accompanying application and

18  affidavit for search warrant previously filed in the above-captioned matter on January 16, 2008, for the

19  purpose of producing said documents as discovery to defense counsels in the near future.

20        DATED: January 16, 2008.

21                                            Respectfully submitted,

22                                            KAREN P. HEWITT
                                              United States Attorney
23

24

25                                            _____
                                              ANDREW G. SCHOPLER
26                                            Assistant U.S. Attorney

27

28

ORIGINAL

1

FILED

2

UNITED STATES DISTRICT COURT    2008 JAN 17  AM 10: 53

3

SOUTHERN DISTRICT OF CALIFORNIA    CLERK US DISTRICT COURT
                                    SOUTHERN DISTRICT OF CALIFORNIA

4

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF: | ) | Magistrate No. 08MJ0128 |
| | ) | BY_____ DEPUTY |
| Premises Known As: | ) | **ORDER UNSEALING SEARCH** |
| 745 42nd Street | ) | **WARRANT AND APPLICATION AND** |
| San Diego, California 92102 | ) | **AFFIDAVIT FOR SEARCH WARRANT** |
| | ) | |

8        Upon application of the UNITED STATES OF AMERICA, based on the attached motion, and

9  good cause appearing,

10        IT IS HEREBY ORDERED that the search warrant and accompanying application and affidavit

11  for search warrant, previously filed in the above-captioned matter on January 16, 2008, be unsealed.

12        IT IS SO ORDERED.

13        DATED: _1-16-08_

14

15        HONORABLE NITA L. STORMES
          United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28