ORIGINAL

AO 93 (Rev. 5/85) Search Warrant



UNSEALED
1/17/08

# United States District Court

## FOR THE



In the Matter of the Search of
(Name, address or brief description of the person or property to be searched))

Premises Known As:
745 42nd Street
San Diego, California 92102

SEARCH WARRANT MJ 0128

CASE NUMBER:

TO: <u>Federal Bureau of Investigation</u>  and any Authorized Officer of the United States

Affidavit(s) having been made before me by  <u>Special Agent Robert A. Harris</u>  who has reason to
Affiant

believe that ☐ on the person of or ☑ on the premises know as (name, description and/or location)
SEE ATTACHMENT A

in the _____ Southern District of California _____ there is now concealed a certain person or property, namely (describe the person or property)
SEE ATTACHMENT B

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before  <u>1-25-08</u>
Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search  (in the daytime--6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established),~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to  <u>Nita L. Stormes</u>
U.S. Judge or Magistrate
as required by law.

<u>1-15-08</u>  at  San Diego, California
Date and Time Issued          City and State

Nita L. Stormes, Magistrate Judge
Name and Title of Judicial Officer        Signature of Judicial Officer

**ORIGINAL**

AO 93 (Rev. 5/85) Search Warrant



*ORDERED SEALED BY COURT*

# United States District Court

## FOR THE

In the Matter of the Search of
(Name, address or brief description of the person or property to be searched))

Premises Known As:
745 42nd Street
San Diego, California 92102

**SEARCH WARRANT** MJ 0128

CASE NUMBER:

TO: <u>Federal Bureau of Investigation</u> and any Authorized Officer of the United States

Affidavit(s) having been made before me by <u>Special Agent Robert A. Harris</u> who has reason to
                                                            Affiant

believe that ☐ on the person of or ☑ on the premises know as (name, description and/or location)
SEE ATTACHMENT A

in the <u>              Southern          </u> District of <u>California</u> there is now
concealed a certain person or property, namely (describe the person or property)
SEE ATTACHMENT B

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before   <u>1-25-08</u>
                                                                                   Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime--6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~, and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to <u>Nita L. Stormes</u>
~~as required by law.~~                                                                   U.S. Judge or Magistrate

<u>1-15-08</u>                                   at   <u>San Diego, California</u>
Date and Time Issued                                        City and State

Nita L. Stormes, Magistrate Judge                       /s/ Nita L. Stormes
Name and Title of Judicial Officer                           Signature of Judicial Officer

AO 93 (Rev. 2/90) Search Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 1/15/2008 | 1/16/2008  6:36AM | PEORIA DENISE TATUM-STARKS |

INVENTORY MADE IN THE PRESENCE OF  PEORIA DENISE TATUM-STARKS

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

SEE ATTACHED 597

### CERTIFICATION

I swear that this inventory is true and detailed account of the person or property taken by me on the warrant.

Subcribed, sworn to, and returned before me this date.

U.S. Judge or Magistrate                    1-23-08
                                             Date

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 281D-SD-68640

On (date) JANUARY 16, 2008

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) Alexander Weir IV / Pedrin Tatum Starks
(Street Address) 745 42ND ST.
(City) SAN DIEGO CALIFORNIA

Description of Item(s):

1. MISC. Documents showing D&C   Room D
2. Bong with marijuana residue   Room H
3. Black Samsung cell phone   Room D
4. Black LG cell phone   Room D
5. MISC. Documents showing D&C   Room C
6. Green leafy substance   Room H
7. Meth-crystal like substance   Room D
8. 2 bags believed to be crack cocaine   Room D
9. IBM Thinkpad laptop P/N 91P8927   Room E
10. Fuzion Scale   Room B
11. Hard Drive 56HP92-SL   Room E
12. Compaq Presario 2H07DCVGH587   Room E

Nothing Follows CSM

Received By: (Signature) SA Christopher S. [illegible] FBI
Received From: (Signature) Pedri Tatu-Starks

## ATTACHMENT A

## THE PREMISES TO BE SEARCHED

(RESIDENCE OF Alexander WEIR IV, aka "Brick")

The residence at **745 42nd Street, San Diego, California 92102** is further described as follows:

The residence is a one-story brick and wood home located on the south-east corner of the intersection of 42nd Street and F Street. The residence is a tan colored brick exterior with a white wood trim and a brown pitched shingle roof. The numbers "745" are located on the left side of the door jam in faded black. The numbers "741" above the text "In Rear," are located on the right side of the entry door in green. All windows have security bars. The entry door faces west with a black metal security door and a brown wood interior door.

## **ATTACHMENT B**

## **ITEMS TO BE SEIZED**

### (RESIDENCE OF Alexander WEIR IV, aka "Brick")

1. Paraphernalia for packaging, weighing, cutting, testing, distributing, growing, and identifying controlled substance(s) including baggies, plastic wrapping, scales and other weighing devices.

2. Documents and computer or electronic devices (and their contents) containing data reflecting or memorializing the ordering, possession, purchase, storage, distribution, transportation and sale of controlled substance(s), including buyer lists, seller lists, pay-owe sheets, records of sales, log books, drug ledgers, personal telephone/address books containing the names of purchasers and suppliers of controlled substances, electronic organizers, computer databases, spreadsheets, rolodexes, telephone bills, telephone answering pads, bank and financial records, and storage records, such as storage locker receipts and safety deposit box rental records and keys.

3. Money and assets derived from or to be used in the purchase of controlled substance(s) and records thereof, including U.S. currency, artwork, precious metals and stones, jewelry, negotiable instruments and financial instruments including stocks and bonds, and deeds to real property, books, receipts, records, bank statements and records, business records, money drafts, money order and cashiers check receipts, passbooks, bank checks, safes and records of safety deposit boxes and storage lockers.

4. Weapons, firearms, firearms accessories, and ammunition and documents relating to the purchase and/or possession of such items.

5. Equipment used to detect police activities and surveillance, including radio scanners and tape and wire transmitter detectors.

6. Photographs and electronic images, such as video recordings and tape recordings (and their contents) which document the association with other co-conspirators and/or which depict narcotics, firearms, cash, real property, vehicles or jewelry.

7. Documents and articles of personal property reflecting the identity of persons occupying, possessing, residing in, owning, frequenting or controlling the premises to be searched or property therein, including keys, rental agreements and records, property acquisition records, utility and telephone bills and receipts, photographs, answering machine tape recordings, telephone beeper or paging devices, rolodexes, telephone answering pads, storage records, vehicle and/or vessel records, canceled mail envelopes, correspondence, financial documents such as tax returns, bank records, safety deposit box records, canceled checks, and other records of income and expenditure, credit card and bank records, travel documents, personal identification documents, and documents relating to obtaining false identification, including birth certificates, drivers license, immigration cards and other forms of identification in which the same person would use other names and identities other than his or her own.

8. Telephone paging devices, beepers (and their contents), cellular/mobile phones (and their contents), and other communication devices which evidence participation in a conspiracy to possess, manufacture, or distribute controlled substances.

9. Incoming telephone calls while at the premises for execution of this search warrant, including answering the telephone and conversing with callers who appear to be calling in regard to drug sales without revealing the officer's identity. Telephone answering machines or devices, including listening to any recordings on the premises.